```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
BMO HARRIS BANK, N.A.,                                     :
                                                           :
                          Plaintiff,                       :
                                                           :           No. 20-CV-8568 (RA)
                -v-                                        :
                                                           :
THE GEHR GROUP.,                                           :           ORDER
                          Defendant.                       :
                                                           :
---------------------------------------------------------- :
                                                           X
```

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 2/12/2021

RONNIE ABRAMS, United States District Judge:

On February 1, 2021, Defendant The Gehr Group filed a motion to dismiss the Complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). On February 11, 2021, Plaintiff BMO Harris Bank, N.A. timely filed an amended complaint. As Defendant has represented to the Court that the amended complaint addresses the jurisdictional deficiencies raised in the motion to dismiss, that motion is denied as moot. The Clerk of Court is respectfully requested to close the motion at docket number twenty-one (21).

SO ORDERED.

Dated:    February 12, 2021
          New York, New York

_____
Ronnie Abrams
United States District Judge